**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-31139**
**Summary Calendar**
_____

**CEASAR VEAZIE,**

**Plaintiff-Appellant,**

**versus**

**LOUISIANA LOTTERY CORPORATION,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Western District of Louisiana
Lafayette-Opelousas Division
(95-CV-299)
_____
July 31, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[1]

After his termination in 1993, Ceasar Veazie brought this suit against the Louisiana Lottery Commission (LLC) requesting damages for race discrimination under Title VII and 42 U.S.C. § 1981 and age discrimination under the Age Discrimination in Employment Act (ADEA). The district court granted summary judgment for the LLC on the grounds that Veazie had failed to

[1]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

make a prima facie case of race discrimination under Title VII, that Veazie had failed to create a fact issue on age discrimination as to the LLC's proffered reasons for his discharge, and that Veazie's 42 U.S.C. § 1981 claim was barred by prescription.

Having reviewed the district court's opinion, the briefs, and the record, we find no reversible error and affirm the district court's grant of summary judgment.

**AFFIRMED.**